1118

No. 98–8016. CLAPPER v. OHIO. Ct. App. Ohio, Carroll County. Certiorari denied.

No. 98–8044. REGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8048. PYE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–8049. PERKINS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–8088. BARNES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8094. WOOD v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 98–8112. BENNETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8121. HENRY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–8126. MALDONADO-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8378. LITTLE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8380. PITTS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–8392. CROWELL v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–8394. STIDHUM v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 98–8398. WELCOME v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.